Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| BOBBY G. BEAUPRE, | CASE NO. 2:11-CV-00459-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. _____/ | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

Plaintiff shall file his response on or before October 13, 2011.

SO ORDERED.

DATED: September 1, 2011

                                     /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE