Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| BOBBY G. BEAUPRE, | CASE NO. 2:11-CV-00459-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to respond to Defendant's Answer (file a motion for remand or summary judgment), the request is hereby APPROVED.

Plaintiff shall file his response on or before November 14, 2011.

SO ORDERED.

DATED: October 12, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE