1    BENJAMIN B. WAGNER
United States Attorney
2    DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3    Social Security Administration
LYNN M. HARADA, CSBN 267616
4    Special Assistant United States Attorney

       333 Market Street, Suite 1500
       San Francisco, California  94105
       Telephone:  (415) 977-8977
       Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| BOBBY G. BEAUPRE, | ) | CIVIL NO.: 2:11-cv-00459-GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time to respond to Plaintiff's opening brief. Defense Counsel needs additional time to further review the file and prepare a response in this matter. The current due date is December 14, 2011.  The new due date will be January 20, 2012.

       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                        Respectfully submitted,

Dated: December 12, 2011        /s/ *Ann M. Cerney*
                                        (As authorized via e-mail on 12/12/11 at 11:02 a.m.)
                                        ANN M. CERNEY
                                        Attorney for Plaintiff

Dated: December 12, 2011        BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                           By      */s/ Lynn M. Harada*
                                        LYNN M. HARADA
                                        Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: December 13, 2011

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE