```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
          333 Market Street, Suite 1500
6         San Francisco, California  94105
          Telephone:  (415) 977-8977
7         Facsimile:  (415) 744-0134
          E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| BOBBY G. BEAUPRE, | ) | CIVIL NO.: 2:11-cv-00459-GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time to respond to Plaintiff's opening brief. Defense Counsel needs additional time to further review the file and prepare a response in this matter. The current due date is December 14, 2011.  The new due date will be January 20, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                         Respectfully submitted,

Dated: December 12, 2011         /s/ *Ann M. Cerney*
                                         (As authorized via e-mail on 12/12/11 at 11:02 a.m.)
                                          ANN M. CERNEY
                                         Attorney for Plaintiff

Dated: December 12, 2011         BENJAMIN B. WAGNER
                                         United States Attorney
                                         DONNA L. CALVERT
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                By     */s/ Lynn M. Harada*
                                         LYNN M. HARADA
                                         Special Assistant United States Attorney

                                         <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: December 13, 2011

                                         /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE