Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| BOBBY G. BEAUPRE, | CASE NO. 2:11-cv-00459-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his reply on or before March 1, 2012.

SO ORDERED.

DATED: February 9, 2012

       /s/ Gregory G. Hollows
       UNITED STATES MAGISTRATE JUDGE